GEORGE WIENER, on Behalf of Himself and Others Similarly Situated, v. CHARLES KUNTZ, Impleaded with Others.— Motion denied, with ten dollars costs, with leave to defendant above named to answer within five days after service of order. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BEEKWILL REALTY CORPORATION v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE PACIFIC GUANO AND FERTILIZER COMPANY v. FREDERICK OPOLINSKY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

ALBERT ROLLMANN v. GREENWICH BANK and THE GREENWICH SAVINGS BANK. — Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MORTIMER ELLIOTT.— Motion denied. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

IRVING TRUST COMPANY, as Trustee, etc., v. ANNIE REIKES.— Motion for reargument denied, with ten dollars costs, and stay vacated. Time of defendant within which to answer complaint extended until ten days after service of order. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

EVINS F. GLORE & SON v. BENNETT ROSE and Others, Impleaded with HENRY HAUER, INC., and Another, and FREED HEATER COMPANY and Another.— In view of the amendments proposed by respondents to the case on appeal, the application for an extension of time made by appellants does not now appear unreasonable. The motion for reargument is granted and upon reargument the appellants' time is extended until May 1, 1930. But no matter what difficulties arise, no further time to perfect the appeal will be granted. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

JOHN COMOLLI & CO., INC., v. EDWARD MARGOLIES and Another. GEORGE KEISTER and EDWARD MARGOLIES AND CO., INC., and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

DAVID GOLDMAN v. A. SCHOTTLAND, INC.— Motion for leave to appeal or for reargument denied, with ten dollars costs; motion for stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.

GEORGE D. AARONS v. MURRAY POSNER and Others.— Motion granted. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

ALLIED WINDOW AND HOUSE CLEANING CONTRACTORS, INC., v. "JOHN" PALMERIE, etc., and Others.— Motion granted. Undertaking to be given in the sum of $1,000. Settle order on notice. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

HENRY SANDERSON v. JAY COOKE and Others.— Motion granted. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

HENRY S. BRILL and Another v. BECKIE MEVORAH and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. IRVING KNAPPER.— Motion granted. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.